UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN KORTE, Personal Representative of the Estate of Brian Ennen,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NONA WESTFALL, Personal Representative of the Estate of Kevin Ennen,<br><br>　　　　Defendant. | Case No. 09-cv-826-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having dismissed this action for lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

　　　　　　　　　　　　　　　　　　**NANCY J. ROSENSTENGEL, Clerk of Court**

**DATED:  October 16, 2009**　　　　　　s/Brenda K. Lowe, Deputy Clerk


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**